| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cox, Susan E. | 2. Court or Organization<br><br>US District Court | 3. Date of Report<br><br>08/1/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge -Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Ave.<br>Room 1334<br>Chicago, IL 60604 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Baxter International - Salary & Bonus |
| 2. 2015 | Baxalta Incorporated - Salary & Bonus |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Mortgage on Rental Property #1 - Bloomingdale, MI | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of LaGrange Accounts | A | Interest | K | T | | | | | |
| 2. Chase Bank | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 4. US Employees Credit Union Account | A | Interest | K | T | | | | | |
| 5. Baxter International - Exercisable Stock Options | | None | M | T | Distributed (part) | 07/01/15 | M | A | |
| 6. Baxter International - Unvested Stock Options | | None | J | T | Distributed (part) | 07/01/15 | L | A | |
| 7. Baxter Int'l Common Stock | C | Dividend | M | T | Distributed (part) | 07/01/15 | L | A | |
| 8. Baxalta Inc. - Exercisable Stock Options | | None | N | T | Spinoff (from line 5) | 07/01/15 | M | | |
| 9. Baxalta Inc. - Unvested Stock Options | | None | L | T | Spinoff (from line 6) | 07/01/15 | L | | |
| 10. Baxalta Inc. Common Stock | C | Dividend | M | T | Spinoff (from line 7) | 07/01/15 | L | | |
| 11. Edward Lifesciences Common | | None | K | T | | | | | |
| 12. Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 13. Rental Property #1 - Bloomingdale, MI (50% interest) (X) | A | Rent | M | R | | | | | |
| 14. BAXALTA INC. 401K PLAN (X) | | | | | | | | | |
| 15. Stable Income Fund | C | Dividend | M | T | | | | | |
| 16. Composite Fund | A | Dividend | | | Sold | 07/01/15 | M | A | |
| 17. S&P 500 Equity Index Fund | E | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  General Equity Fund | A | Dividend | | | Sold | 07/01/15 | K | A | |
| 19.  International EAFE Equity Index Fund | A | Dividend | L | T | | | | | |
| 20.  Target Retirement Fund | A | Dividend | M | T | Buy | 07/01/15 | M | | |
| 21.  Small Cap Fund | A | Dividend | L | T | | | | | |
| 22.  Baxter Int'l Common | D | Dividend | M | T | | | | | |
| 23.  BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 24.  American Tower Corp | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 25.  Berkshire Hathaway Inc Cl B | | None | K | T | Buy (add'l) | 09/23/15 | J | | |
| 26.  CSX Corp | A | Dividend | K | T | | | | | |
| 27.  EBAY Common | | None | | | Sold (part) | 07/07/15 | J | A | |
| 28. | | | | | Sold | 09/23/15 | J | D | |
| 29.  Energy Transfer Equity | A | Dividend | J | T | Buy | 09/23/15 | J | | |
| 30.  Enterprise Products LP | A | Dividend | J | T | | | | | |
| 31.  Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 32.  Fidelity Floating Rate High Income | A | Int./Div. | J | T | | | | | |
| 33.  Fidelity Select Industrials | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 34.  Fidelity Select Natural Gas | A | Dividend | | | Sold | 09/23/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Short Term Bond Fund | A | Interest | K | T | Buy (add'l) | 09/23/15 | J | | |
| 36. General Motors Corp | A | Dividend | K | T | Buy (add'l) | 09/23/15 | J | | |
| 37. HCP Inc | A | Dividend | | | Sold | 09/23/15 | K | A | |
| 38. Kohlberg Kravis Roberts | A | Dividend | J | T | | | | | |
| 39. Las Vegas Sands Corp | A | Dividend | J | T | | | | | |
| 40. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 41. McDonalds Corp | A | Dividend | | | Sold | 09/23/15 | J | B | |
| 42. Nestle | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 43. Northern Property Trust | A | Dividend | J | T | | | | | |
| 44. Oakmark International | B | Dividend | K | T | | | | | |
| 45. PayPal Holdings | | None | J | T | Spinoff (from line 27) | 07/07/15 | J | | |
| 46. Pioneer High Yield Bond | A | Interest | J | T | Buy | 09/23/15 | J | | |
| 47. Starbucks | A | Dividend | K | T | | | | | |
| 48. Symantec Corp | A | Dividend | J | T | Buy | 09/23/15 | J | | |
| 49. Toyota Motor Corp | A | Dividend | J | T | | | | | |
| 50. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 51. Abbott Laboratories | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alcatel Lucent ADR | | None | | | Buy | 02/27/15 | J | | |
| 53. | | | | | Sold | 09/23/15 | J | A | |
| 54. Apple Inc. | A | Dividend | K | T | | | | | |
| 55. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 56. Baxalta Inc | A | Dividend | J | T | Spinoff (from line 57) | 06/15/15 | J | | |
| 57. Baxter Int'l | A | Dividend | J | T | Sold (part) | 06/15/15 | J | A | |
| 58. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 59. Canadian Imperial Bank of Commerce | A | Dividend | J | T | | | | | |
| 60. Direxion 20+ Year Treasury Bear | | None | J | T | | | | | |
| 61. Dunkin Brands Group | A | Dividend | | | Buy | 02/27/15 | J | | |
| 62. | | | | | Sold | 09/23/15 | J | A | |
| 63. EOG Resources Inc | A | Dividend | | | Buy | 02/27/15 | J | | |
| 64. | | | | | Sold | 09/23/15 | J | A | |
| 65. Express Scripts | | None | J | T | | | | | |
| 66. FedEx Corp | A | Dividend | J | T | | | | | |
| 67. Fidelity Convertible Securities | B | Int./Div. | J | T | Sold (part) | 02/27/15 | J | A | |
| 68. Fidelity Floating Rate High Income | A | Int./Div. | | | Sold (part) | 01/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 02/27/15 | J | A | |
| 70. Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |
| 71. Fidelity High Income | A | Int./Div. | | | Sold | 12/30/15 | J | A | |
| 72. Fidelity Select Healthcare | A | Dividend | J | T | Buy | 06/29/15 | J | | |
| 73. Fidelity Short Term Bond | A | Interest | K | T | Buy | 06/29/15 | J | | |
| 74. First Trust Dow Jones Internet ETF | A | Dividend | J | T | | | | | |
| 75. General Electric | A | Dividend | J | T | | | | | |
| 76. Google Inc Cl A | | None | J | T | | | | | |
| 77. Ishares S&P US Preferred Stock Index | A | Dividend | K | T | Buy | 06/26/15 | J | | |
| 78. Ishares US Industrials | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 79. IBM Common | A | Dividend | J | T | | | | | |
| 80. JPMorgan Chase | A | Dividend | K | T | Buy (add'l) | 02/27/15 | K | | |
| 81. Kohlberg Kravis Roberts | A | Dividend | | | Sold | 10/26/15 | J | A | |
| 82. Magellan Midstream Partners | A | Dividend | K | T | Sold (part) | 09/23/15 | K | D | |
| 83. Mainstay High Yield Muni Bond | A | Interest | K | T | Buy | 06/29/15 | K | | |
| 84. | | | | | Buy (add'l) | 09/24/15 | K | | |
| 85. Pioneer High Yield Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Powershares ETF Int'l Dividend | A | Dividend | J | T | | | | | |
| 87. Rockwell Automation | A | Dividend | | | Buy | 02/27/15 | J | | |
| 88. | | | | | Sold | 09/23/15 | J | A | |
| 89. Sanofi ADR | A | Dividend | J | T | | | | | |
| 90. Target Corp | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 91. Unilife Corp | | None | | | Buy | 02/27/15 | J | | |
| 92. | | | | | Sold | 09/23/15 | J | A | |
| 93. United Parcel Services | A | Dividend | K | T | | | | | |
| 94. Vanguard Total Bond ETF | A | Interest | K | T | Buy | 09/23/15 | K | | |
| 95. William Blair Small Cap Growth | | None | | | Buy | 02/27/15 | J | | |
| 96. | | | | | Sold | 09/23/15 | J | A | |
| 97. Wisdom Tree Europe Hedged Equity ETF | B | Dividend | J | T | | | | | |
| 98. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 99. Apple Inc. | A | Dividend | J | T | | | | | |
| 100. Direxion 20+ Year Treasury Bear | | None | J | T | | | | | |
| 101. Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 102. Fidelity Cash Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Floating Rate High Income | A | Int./Div. | | | Sold | 12/01/15 | J | A | |
| 104. Fidelity High Income | A | Int./Div. | J | T | | | | | |
| 105. Fidelity Select Healthcare | A | Dividend | J | T | Buy | 09/23/15 | J | | |
| 106. Fidelity Select Natural Gas | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 107. Pioneer High Yield Bond | A | Interest | J | T | | | | | |
| 108. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 109. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 110. Apple Inc. | A | Dividend | J | T | | | | | |
| 111. Direxion 20+ Year Treasury Bear | | None | J | T | | | | | |
| 112. Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 113. Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 114. Fidelity High Income Fund | A | Int./Div. | J | T | Sold (part) | 03/24/15 | J | A | |
| 115. Fidelity Select Natural Gas | A | Dividend | | | Sold | 09/23/15 | J | A | |
| 116. Mainstay High Yield Muni | A | Interest | J | T | Buy | 09/23/15 | J | | |
| 117. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 118. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 119. Alcatel-Lucent ADR | | None | | | Buy | 06/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 09/23/15 | J | A | |
| 121. American Express 5.3% 12/25 Bond | A | Interest | | | Buy | 06/03/15 | K | | |
| 122. | | | | | Sold | 12/02/15 | K | A | |
| 123. Amgen Inc | A | Dividend | J | T | Buy | 09/23/15 | J | | |
| 124. Anadarko Petroleum | A | Dividend | | | Buy | 06/03/15 | J | | |
| 125. | | | | | Sold | 09/23/15 | J | A | |
| 126. Apple Inc | A | Dividend | J | T | Buy | 06/03/15 | K | | |
| 127. Bank of America Corp | A | Dividend | | | Buy | 06/03/15 | J | | |
| 128. | | | | | Sold | 06/04/15 | J | A | |
| 129. Blackstone Group | A | Dividend | J | T | Buy | 06/26/15 | J | | |
| 130. | | | | | Sold (part) | 07/28/15 | J | A | |
| 131. Bristol Myers Squibb | A | Dividend | | | Buy | 06/03/15 | K | | |
| 132. | | | | | Sold | 09/23/15 | J | A | |
| 133. Casey's General Stores | A | Dividend | K | T | Buy | 06/03/15 | J | | |
| 134. Caterpillar Inc | A | Dividend | J | T | Buy | 06/03/15 | J | | |
| 135. Chevron Corp | A | Dividend | J | T | Buy | 06/26/15 | J | | |
| 136. Danaher Corp | A | Dividend | J | T | Buy | 06/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dunkin Brands Group | A | Dividend | | | Buy | 06/03/15 | J | | |
| 138. | | | | | Sold | 09/23/15 | J | A | |
| 139. EOG Resources | | None | | | Buy | 06/03/15 | J | | |
| 140. | | | | | Sold | 09/23/15 | J | A | |
| 141. Exxon Mobil Corp | A | Dividend | J | T | Buy | 06/03/15 | J | | |
| 142. Facebook | | None | K | T | Buy | 06/03/15 | J | | |
| 143. FedEx Corp | A | Dividend | J | T | Buy | 09/23/15 | J | | |
| 144. FedEx Corp 8% 1/19 Bond | B | Interest | K | T | Buy | 06/03/15 | K | | |
| 145. Fidelity Cash Reserves | A | Interest | J | T | Buy | 06/03/15 | J | | |
| 146. Fidelity Convertible Securities | A | Int./Div. | J | T | Buy | 09/23/15 | J | | |
| 147. Fidelity Short Term Bond | A | Interest | J | T | Buy | 06/26/15 | J | | |
| 148. Fidelity Spartan 500 Index Inv | A | Dividend | K | T | Buy | 12/24/15 | K | | |
| 149. Freeport McMoran Copper & Gold | A | Dividend | J | T | Buy | 06/03/15 | J | | |
| 150. Google Inc Cl A | | None | K | T | Buy | 06/26/15 | J | | |
| 151. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 152. Ishares S&P US Preferred Stock | A | Dividend | J | T | Buy | 09/23/15 | J | | |
| 153. PJT Partners Inc | A | Dividend | J | T | Spinoff (from line 129) | 07/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Praxair Inc | A | Dividend | | | Buy | 06/03/15 | J | | |
| 155. | | | | | Sold | 09/23/15 | J | A | |
| 156. Procter & Gamble Co | A | Dividend | J | T | Buy | 06/26/15 | J | | |
| 157. Resmed Inc | A | Dividend | | | Buy | 06/03/15 | J | | |
| 158. | | | | | Sold | 09/23/15 | J | A | |
| 159. Southern Co | A | Dividend | | | Buy | 06/03/15 | J | | |
| 160. | | | | | Sold | 09/23/15 | J | A | |
| 161. Southwest Airlines | A | Dividend | K | T | Buy | 06/26/15 | J | | |
| 162. Starbucks Corp | A | Dividend | K | T | Buy | 06/03/15 | J | | |
| 163. Vanguard Total Bond ETF | A | Interest | K | T | Buy | 09/23/15 | K | | |
| 164. Verizon Communications | A | Dividend | K | T | Buy | 06/26/15 | J | | |
| 165. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 166. William Blair Mid-Large Cap VA | A | Dividend | | | Buy | 06/03/15 | J | | |
| 167. | | | | | Sold | 09/23/15 | J | A | |
| 168. William Blair Small Cap Growth | A | Dividend | | | Buy | 06/03/15 | J | | |
| 169. | | | | | Sold | 09/23/15 | J | A | |
| 170. CUSTODIAL ACCOUNT #1 | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. First National Bank of LaGrange Account | A | Interest | K | T | | | | | |
| 172. CUSTODIAL ACCOUNT #2 | | | | | | | | | |
| 173. First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 174. IL Bright Directions 529 Plan #1 - Fund 80A | B | Int./Div. | K | T | | | | | |
| 175. IL Bright Directions 529 Plan #2 - Fund 60A | B | Int./Div. | L | T | | | | | |
| 176. TRUST #1 | | | | | | | | | |
| 177. Alcatel-Lucent | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 178. Bank of America | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 179. Dunkin Brands | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 180. EOG Resources | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 181. JP Morgan Chase | A | Dividend | | | Sold | 02/27/15 | L | B | |
| 182. Rockwell Automation | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 183. Unilife Corp. | A | Dividend | | | Sold | 02/27/15 | J | A | |
| 184. TRUST #2 | | | | | | | | | |
| 185. Alcatel-Alsthom | A | Dividend | | | Sold | 03/13/15 | J | A | |
| 186. American Express Bond | A | Interest | | | Sold | 03/13/15 | M | A | |
| 187. Anadarko Petroleum | A | Dividend | | | Sold | 03/13/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Apple Inc. | A | Dividend | | | Sold | 03/13/15 | L | B | |
| 189. Bank of America | A | Dividend | | | Sold | 03/13/15 | K | A | |
| 190. Bristol Myers Squibb | A | Dividend | | | Sold | 03/13/15 | K | A | |
| 191. Casey's General Stores | A | Dividend | | | Sold | 03/13/15 | K | A | |
| 192. Caterpillar | A | Dividend | | | Sold | 03/13/15 | K | A | |
| 193. Danaher | A | Dividend | | | Sold | 03/13/15 | K | B | |
| 194. Dunkin Brands | A | Dividend | | | Sold | 03/13/15 | K | A | |
| 195. EOG Resources | A | Dividend | | | Sold | 03/13/15 | K | A | |
| 196. Exxon Mobil | A | Dividend | | | Sold | 03/13/15 | K | A | |
| 197. Facebook | A | Dividend | | | Sold | 03/13/15 | K | B | |
| 198. FedEx Bond | A | Interest | | | Sold | 03/13/15 | L | A | |
| 199. Freeport McMoran | A | Dividend | | | Sold | 03/13/15 | K | B | |
| 200. Praxair | A | Dividend | | | Sold | 03/13/15 | K | B | |
| 201. Resmed | A | Dividend | | | Sold | 03/13/15 | L | A | |
| 202. Southern Company | A | Dividend | | | Sold | 03/13/15 | K | A | |
| 203. Starbucks | A | Dividend | | | Sold | 03/13/15 | K | B | |
| 204. Wm. Blair Small Cap Fund | A | Dividend | | | Sold | 03/13/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Wm. Blair Value Discovery | A | Dividend | | | Sold | 03/13/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/1/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I: In prior years, Filer was listed as "Custodian" of the two custodial accounts included in the Disclosure. However, the actual custodian is and has always been Filer's spouse. Accordingly, the position of "Custodian" for Filer has been deleted. The Custodial accounts continue to be included in the Disclosure.

2) Part III, B: Filer's spouse became an employee of Baxalta, Inc. 7/1/15 when Baxter Int'l spun-off Baxalta, Inc. as a separate entity.

3) Part VII, Line 13: This property was a personal residence in prior years and became a rental property 6/1/15. Property was originally purchased 11/25/09 for $217,000. Filer owns a 50% interest.

4) Part VII, Line 14: Filer's spouse became an employee of Baxalta, Inc. 7/1/15 when Baxter Int'l spun-off Baxalta, Inc. as a separate entity. Filer's spouse's Baxter 401(k) Plan became the Baxalta Inc. 401k Plan 7/1/15.

5) Part VII, Lines 176-205: Filer's spouse became a beneficiary of Trusts #1 and #2 on 11/14/14 when his mother passed away, but was not Trustee and had no control over the assets. All of the assets in both Trusts #1 and #2 were transferred to the beneficiaries in 2015 and the Trusts ceased to exist. Filer's spouse's share of the Trusts was transferred to Brokerage Accounts #2 and #5 in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan E. Cox**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544